Sean K. McElenney
Nevada Bar No. 9122
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Email: sean.mcelenney@bclplaw.com

*Attorney for Defendant Citizens Bank, N.A.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHANDORFF,<br><br>Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; CLARITY SERVICES, INC.; and CITIZENS BANK, N.A.,<br><br>Defendants. | Civil Case Number: 2:25-CV-02340<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff David Schandorff ("Plaintiff") and Defendant Citizens Bank, N.A. ("Citizens") hereby stipulate to a twenty-eight (28) day extension of time, up to and including January 21, 2026, for Citizens to respond, whether by answer or motion, to Plaintiff's Complaint. The grounds for the requested stipulation are:

1. Plaintiff filed his Complaint on November 24, 2025. *See* ECF No. 1.

2. Citizens was served with process on December 3, 2025. *See* ECF No. 7.

3. Citizens current deadline to respond to Plaintiff's Complaint is December 24, 2025.

4. Citizens respectfully requests an extension of twenty-eight (28) days, up to and including January 21, 2026, to respond to the Complaint.

5. Plaintiff has no objection to an extension of twenty-eight (28) days for Citizens to respond.

6. This is Citizens' first request for an extension of time.

7. Good cause exists for this time extension. Citizens requires additional time to review Plaintiff's Complaint and prepare a response. The extension will also permit the parties to facilitate discussions between Citizens and Plaintiff about a potential early resolution.

8. The requested extension of time will not prejudice Plaintiff and will not unduly delay this litigation. It will not affect any other deadline in this case. No scheduling order or other deadlines have been entered by the Court in this matter.

Therefore, for the foregoing reasons, Citizens respectfully requests that the Court enter an order granting this Stipulation and extending Citizens' deadline to respond to Plaintiff's Complaint by twenty-eight (28) days, up to and including January 21, 2026.

Dated this 22nd day of December, 2025.

| BRYAN CAVE LEIGHTON PAISNER LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| /s/ Sean K. McElenney | /s/ Gerardo Avalos |
| Sean K. McElenney | George Haines, Esq. |
| Nevada Bar No. 9122 | Nevada Bar No. 9411 |
| Two North Central Avenue, Suite 2100 | Gerardo Avalos, Esq. |
| Phoenix, Arizona 85004-4406 | Nevada Bar No. 15171 |
| Telephone: (602) 364-7000 | 8985 South Eastern Ave., Suite 100 |
| Email: skmcelennedy@bclplaw.com | Las Vegas, NV 89123 |
| | Telephone: (702) 880-5554 |
| *Attorney for Defendant Citizens Bank, N.A.* | Email: ghaines@freedomlegalteam.com |
| | Email: gavalos@freedomlegalteam.com |
| | *Attorney for Plaintiff David Schandorff* |

**IT IS SO ORDERED**:

By: _____
United States Magistrate Judge, Brenda Weksler

Dated: December 23, 2025

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 22, 2025, the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Sean K. McElenney*
                                        Sean K. McElenney
                                        Attorney for Defendant Citizens Bank, N.A.

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000

3