1  George Haines, Esq.
2  Nevada Bar No. 9411
   Gerardo Avalos, Esq.
3  Nevada Bar No. 15171
   **FREEDOM LAW FIRM, LLC**
4  8985 South Eastern Ave., Suite 100
   Las Vegas, NV 89123
5  ghaines@freedomlegalteam.com
   gavalos@freedomlegalteam.com
6  Phone: (702) 880-5554
7  FAX: (702) 385-5518
   *Counsel for Plaintiff David Schandorff*
8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11  | David Schandorff, | Case No.: 2:25-cv-02340 |
    |---|---|
    | Plaintiff, | **Unopposed Motion for Extension of Time for Clarity Services, Inc. to Answer** |
    | v. | |
    | Experian Information Solutions, Inc.; Equifax Information Services LLC; Clarity Services, Inc. and Citizens Bank, N.A., | **(First Request)** |
    | Defendants. | |

   David Schandorff ("Plaintiff"), hereby files this Unopposed Motion for Extension of Time for Clarity Services, Inc. ("Defendant") to Answer and in support states:

   1. On December 2, 2025, Defendant was served with Plaintiff's Complaint for Damages under the FCRA, 15 U.S.C. § 1681 ("Complaint").

   2. Accordingly, Defendant's responsive pleading to the Complaint is due on December 23, 2025.

   3. Defendant's counsel has requested more time to complete their investigation of the Plaintiff's claims and Defendant's possible defenses.

   4. In addition, Plaintiff and Defendant are actively engaged in case-resolution negotiations.

   5. Plaintiff does not oppose an extension of Defendant's time to respond to the Complaint so Defendant's counsel may complete its investigation into Plaintiff's claims and the parties may continue to devote their energies to resolving this matter.

1

6. Therefore Plaintiff respectfully requests the Court for an extension of time for Defendant to file its responsive pleading by 45 days, which is up to and including **February 6, 2026**.

7. This motion is filed in good faith and not for delay.

8. This is the first request for an extension of time for Defendant to answer the complaint and the requested extension does not prejudice the parties.

9. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date by which Defendant must answer or otherwise respond to Plaintiff's Complaint to **February 6, 2026**.

DATED December 23, 2025.

Respectfully submitted,

**FREEDOM LAW FIRM**

*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*

**GOOD CAUSE SHOWN, IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 29, 2025