**Sean K. McElenney**
**Nevada Bar No. 9122**
**BRYAN CAVE LEIGHTON PAISNER LLP**
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Email: sean.mcelenney@bclplaw.com

Attorney for Defendant Citizens Bank, N.A.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCHANDORFF, | Civil Case Number: 2:25-CV-02340 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| -against- | **(SECOND REQUEST)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; CLARITY SERVICES, INC.; and CITIZENS BANK, N.A., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff David Schandorff ("Plaintiff") and Defendant Citizens Bank, N.A. ("Citizens") hereby stipulate to a twenty-one (21) day extension of time, up to and including February 11, 2026, for Citizens to respond, whether by answer or motion, to Plaintiff's Complaint. The grounds for the requested stipulation are:

1.    Plaintiff filed his Complaint on November 24, 2025. *See* ECF No. 1.

2.    Citizens was served with process on December 3, 2025. *See* ECF No. 7.

3.    Plaintiff and Citizens stipulated to a twenty-eight (28) day extension of time to respond to the Complaint on December 22, 2025. *See* ECF No. 8.

4.    Citizens current deadline to respond to Plaintiff's Complaint is January 21, 2026. *Id.*

5.    Citizens respectfully requests an additional extension of twenty-one (21) days, up to and including February 11, 2026, to respond to the Complaint.

6.    Plaintiff has no objection to an additional extension of twenty-one (21) days for Citizens to respond.

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000

7.    This is Citizens' second request for an extension of time.

8.    Good cause exists for this time extension because Citizens and Plaintiff expect to use the additional time to continue discussing a potential early resolution of Plaintiff's claims.

9.    The requested extension of time will not prejudice Plaintiff and will not unduly delay this litigation. It will not affect any other deadline in this case. No scheduling order or other deadlines have been entered by the Court in this matter.

Therefore, for the foregoing reasons, Defendant Citizens Bank, N.A. respectfully requests that the Court enter an order granting this Stipulation and extending Citizens' deadline to respond to Plaintiff's Complaint by twenty-one (21) days, up to and including February 11, 2026.

Dated this 21st day of January, 2026.

**BRYAN CAVE LEIGHTON PAISNER LLP**          **FREEDOM LAW FIRM, LLC**

*/s/ Sean K. McElenney*                                          */s/ Gerardo Avalos*
Sean K. McElenney                                               George Haines
Nevada Bar No. 9122                                             Nevada Bar No. 9411
Two North Central Avenue, Suite 2100                Gerardo Avalos
Phoenix, Arizona 85004-4406                             Nevada Bar No. 15171
Telephone: (602) 364-7000                                 8985 South Eastern Avenue, Suite 100
Email: skmcelennedy@bclplaw.com                   Las Vegas, Nevada 89123
                                                                              Telephone: (702) 880-5554
*Attorney for Defendant Citizens Bank, N.A.*      Email: ghaines@freedomlegalteam.com
                                                                              Email: gavalos@freedomlegalteam.com

*Attorney for Plaintiff David Schandorff*

**IT IS SO ORDERED**:

By: _____
United States Magistrate Judge, Brenda Weksler

Dated: ___January 22, 2026_____

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 21, 2026, the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sean K. McElenney*
Sean K. McElenney
Attorney for Defendant Citizens
Bank, N.A.
