George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff David Schandorff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| David Schandorff,<br><br>Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services LLC; Clarity Services, Inc. and Citizens Bank, N.A.,<br><br>Defendants. | Case No.: 2:25-cv-02340<br><br>**Stipulation of dismissal of all claims between Plaintiff and Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, David Schandorff and Equifax Information Services LLC stipulate to dismiss all claims between Plaintiff and Equifax Information Services LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 20, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2026